IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SARA STRIPLING**                                                                    **PLAINTIFF**

NO. 18-5148

**UNIVERSITY OF ARKANSAS, et al.**                                **DEFENDANTS**

## CLERK'S ORDER OF DISMISSAL

On this 24th day of September, 2018, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

                               AT THE DIRECTION OF THE COURT

                               DOUGLAS F. YOUNG, CLERK

                               BY:  S. Cummings
                                        Deputy Clerk